WALTER A. MCPHERSON vs. CIVIL SERVICE COMMISSION & another. Reported below: 43 Mass. App. Ct. 1119 (1997).

PAUL V. OLSON & others vs. TELESECTOR RESOURCES GROUPS, INC., & others. Reported below: 43 Mass. App. Ct. 1114 (1997).

BEVERLY PAGE vs. BELLE ISLE LIMITED PARTNERSHIP. Reported below as BEVERLY PAGE vs. EDWARD G. LEROUX, JR., & others: 43 Mass. App. Ct. 708 (1997).

AUDREY STRONACH & another vs. TIMOTHY STRONACH & others. Reported below: 43 Mass. App. Ct. 1116 (1997).

RAYMOND C. TORPEY, trustee, vs. VICTOR A. PALUMBO, JR., individually & as trustee. Reported below: 43 Mass. App. Ct. 1116 (1997).

TUITE & SONS, INC., & another vs. SHAWMUT BANK, N.A. Reported below: 43 Mass. App. Ct. 751 (1997).

CHARLES F. TYNAN, JR., & another vs. MARK D. NELSON. Reported below: 43 Mass. App. Ct. 738 (1997).

JOHN VOTTA vs. ZONING BOARD OF APPEALS OF LOWELL. Reported below: 43 Mass. App. Ct. 1118 (1997).

EDWARD WOYTASZEK & another vs. BUSINESS ADVISORY & MANAGEMENT SERVICES, INC. Reported below: 43 Mass. App. Ct. 1118 (1997).


December 30, 1997

*Further appellate review granted:*

WILLIAM J. CLEARY, JR. vs. ROBERT B. CLEARY. Reported below: 43 Mass. App. Ct. 1112 (1997).

COMMONWEALTH vs. MARTHA JEAN EAKIN (and a companion case). Reported below: 43 Mass. App. Ct. 693 (1997).

COMMONWEALTH vs. JOHN M. HALLET. Reported below: 43 Mass. App. Ct. 1116 (1997).

COMMONWEALTH vs. DAVID PARE. Reported below: 43 Mass. App. Ct. 566 (1997).

*Further appellate review denied:*

ALLSTATE INSURANCE COMPANY vs. AMY REYNOLDS. Reported below: 43 Mass. App. Ct. 927 (1997).

COMMONWEALTH vs. DARRELL ENGRAM. Reported below: 43 Mass. App. Ct. 804 (1997).

COMMONWEALTH vs. ARLENE T. FEODOROFF (No. 1). Reported below: 43 Mass. App. Ct. 725 (1997).

COMMONWEALTH vs. ARLENE T. FEODOROFF (No. 2). Reported below: 43 Mass. App. Ct. 725 (1997).

COMMONWEALTH vs. MARIO GOMEZ. Reported below: 43 Mass. App. Ct. 1119 (1997).

COMMONWEALTH vs. CONRAD JAMES. Reported below: 43 Mass. App. Ct. 1116 (1997).

COMMONWEALTH vs. DONALD R. MAYLOTT. Reported below: 43 Mass. App. Ct. 516 (1997).

COMMONWEALTH vs. MICHAEL J. RUEL. Reported below: 43 Mass. App. Ct. 1118 (1997).

COMMONWEALTH vs. JAMES SOUZA (and a companion case). Reported below as COMMONWEALTH vs. CHARLES K. STANFORD (and three companion cases): 43 Mass. App. Ct. 1116 (1997).

COMMONWEALTH vs. ORLANDO VELEZ. Reported below: 43 Mass. App. Ct. 1118 (1997).

THE DOW COMPANY, INC. vs. GAFFNY CORPORATION CONTRACTORS. Reported below: 43 Mass. App. Ct. 1115 (1997).

LEXINGTON SAVINGS BANK vs. CON-REL, INC., & others. Reported below: 43 Mass. App. Ct. 1118 (1997).